UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 2:17-cr-87-FtM-38CM

SILA NUNEZ

                                                      /

## ORDER[1]

Before the Court is Defendant Sila Nunez's Motion for Sentence Reduction (Doc. 95) and the Government's response in opposition (Doc. 98). For the following reasons, the Court denies Nunez's motion.

The Court sentenced Nunez on March 19, 2018, to eighty-seven months imprisonment for conspiring to possess with the intent to distribute five kilograms or more of cocaine in violation of 21 U.S.C. § 841. (Doc. 92). She now requests the Court reduce her sentence under 18 U.S.C. § 3582(c)(2), Amendment 782, and *Hughes v. United States*, 138 S.Ct. 1765 (2018). A court may modify a defendant's term of imprisonment if the defendant was sentenced based on a sentencing range that the Sentencing Commission subsequently lowered. 18 U.S.C. § 3582(c)(2). Here, Nunez is not eligible for a sentence reduction because the Court sentenced her under the 2016 Guidelines Manual that incorporated Amendment 782. Nunez has already received Amendment

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

782's benefit when the Court sentenced her in March.  *See, e.g., United States v. Glover,* 686 F.3d 1203, 1206 (11th Cir. 2012) ("[A] court cannot use an amendment to reduce a sentence in a particular case unless that amendment actually lowers the guidelines range in that case.").  And because the Court so recently sentenced Nunez with Amendment 782 applying, the *Hughes* case does not help her motion.  The Court, therefore, denies Nunez's motion for a sentence reduction.

Accordingly, it is now

**ORDERED:**

Defendant Sila Nunez's Motion for Sentence Reduction (Doc. 95) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on this 11th day of July 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record